Denver District Court
Denver County, Colorado
Court Address: 1437 Bannock Street, Room 256
Denver, CO 80202

DATE FILED
February 21, 2025
CASE NUMBER: 2025CV167

FEB 21 2025
DENVER, COLORADO
COUNTER CLERK DL

Plaintiff(s): Charles Edward Madril

v.

Defendant(s): Jenna Humphreys #301, Alyssa Boeh #311, Jasmine Salter #308, Denver Animal Protection, CDPHE, City & County of Denver, Co, Denver Police Department, Denver Animal Shelter

My Name: Charles Edward Madril
Street Address: 2180 S Colorado Blvd Apt #342
City: Denver   State: CO   Zip: 80222
Phone: 303-815-4208
Email: charlesmadril26@gmail.com

▲ COURT USE ONLY ▲
Case Number: 25CV167
Div.:   Ctrm: 209

**DISTRICT COURT COMPLAINT**

1. A Jury Trial?

   Do you want a Jury? *(Check one)*   ☐ - No   ☒ - Yes *(extra fee)*

2. I can file this case in Denver, because: *(Check all that apply)*
   - ☒ The Defendant lives in Denver.
   - ☒ The Defendant company does business in Denver.
   - ☒ The actions took place in Denver.

3. Defendant Information

   The contact information for the people responding to the lawsuit is:

   *Registered Agent - The person that will accept legal documents for a company. Find a company's Registered Agent at www.sos.state.co.us*

   - Defendant 1 Name: Alyssa Boeh #311

[Type here]

- Registered Agent: *(if a company)* Denver Animal Protection DPHE
- Street Address: 1241 W Bayaud Ave
- City/State/Zip: Denver, Co 80223


- Defendant 2 Name: Jenna Humphreys #301
- Registered Agent: *(if a company)* Denver Animal Protection DPHE
- Street Address: 1241 W Bayaud Ave
- City/State/Zip: Denver, Co 80223


- Defendant 3 Name: Jasmine Salter #308
- Registered Agent: *(if a company)* Denver Animal Protection DPHE
- Street Address: 1241 W Bayaud Ave
- City/State/Zip: Denver, Co 80223

*List any additional Defendants on a separate piece of paper.*

[Type here]

- Defendant #4 Name: Denver Animal Protection
- Registered Agent: Denver Animal Protection department of Public Health & Environment
- Street Address: 1241 w Bayaud Ave
- City/State/Zip: Denver, Colorado, 80223

- Defendant #5 Name: Denver Animal Shelter
- Registered Agent: Denver Animal Shelter Department of Public Health & Environmet
- Street Address: 1241 w Bayaud Ave
- City/State/Zip: Denver, Colorado, 80223

- Defendant #6 Name: Denver Police Department
- Registered Agent:
- Street Address: 1331 cherokee St
- City/State/Zip: Denver, Colorado, 80204

- Defendant #7 Name: Colorado Department of Public Health & Environment
- Registered Agent: Colorado Department of Public Health & Environment
- Street Address: 4300 Cherry Creek Dr South
- City/State/Zip: Denver, Colorado, 80246

- Defendant #8 Name: City & County of Denver
- Registered Agent: City & County of Denver
- Street Address:
- City/State/Zip: Denver, Co

4. Grounds

   List the legal ground(s) that allow you to start a lawsuit.

   *These are often called the Claims for Relief or Causes of Action.*

   - Claim 1 - "Sexual Discrimination" Was not allowed to reclaim or pay for my property because of my sexual relationship. Title VII of the civil rights act of 1964

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☒ Just These Defendant(s): Jenna Humpreys #301, Alyssa Boeh #311, Animal Protection Department of Public Health and Environment

   - Claim 2 - "Lible, Slander, Deffamation" report published of accusations of domestic abuse, spoken word of accusations of domestic abuse (CRS) 13-25-124  13-25-125

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☒ Just These Defendant(s): Jenna Humpreys #301, Alyssa Boeh #311, Jasmine Salter #308, City and County of Denver, Denver Animal Protection, Denver Public Health & Environment

   - Claim 3 - Harassment (C.R.S. § 18-9-111)

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☒ Just These Defendant(s): Alyssa Boeh #311

   - Claim 4 - Malicious Prosecution (C.R.S. § 24-10-109) Under Color of Law

     Against whom? *(Check one)*
     - ☒ All Defendants. Or
     - ☐ Just These Defendant(s): _____.

   *List any additional Claims on a separate piece of paper.*

[Type here]

Claim 5   Bias Motivated Crime (C.R.S. § 18-9-12)

Claim 6   4th Amendment Unreasonable Search and Seizure Fraudulently Obtained Search Warrant, Excessive Detention

Claim 7   Section 1983 Civil action for deprivation of rights (42 U.S.C. § 1983)

Claim 8   14th Amendment Deprived of Protected Life, Liberty, Property Interests

Claim 9   Violated Rights Under Color of the Law Title 18 U.S.C. Sec 242/241

5. Facts

   These are the facts of my case:

   *The facts must qualify you for the legal grounds you are raising.*
   *Attach additional pages as needed.*

1) My two animals were accused of not being on a leash and biting another dog on 3/29/24 for which on March 30th 2024 I was forced of forgo my right to due process and with no option to spay and nuter my two dogs Ginger & Pearl

2) On 3/30/24 I was denied service due to my marital status and sexual orientation on called a Domestic Violence offender by Staff at Denver Animal Shelter

3) On 4/1/24 when I returned to retrive my two dog's from the Denver Animal SHelter the staff repeatedly called me a Domestic Violence Offender

4) 4/1/24 After Staff had had my dogs for 4 days I was informed that my dog was missian nosed with a fractured leg while in posession of Denver Animal Shelter & Denver Animal protetion

5) 4/11/24 Officer Alyssa Boeh #311 Arrived at my home 1370 Zenobia St Denver, Colorado 80204 and harrased adult residents claiming that Charles Madril sold sick dog and would tell the public via Internet that I did such things

6) 4/18/24 Alyssa Boeh #311 Arrived at 1370 Zenobia St And demanded that I speak with her or she would issue me a citation I refused and she wrote the citatation after I told her to contact Attorney Robert Houton for which I have video evidence of this interaction

7) 5/2/24 A search warrant was exicuted on 1370 Zenobia St Denver, Co 80204 for Charles Madril to confinscate Pearl 3yr old American Bully USBR 1st place Show Dog and medication

[Type here]

6. Request for Relief

What do you want the Court to do?

Wherefore, Charles Madril & Fully Bullyz LLC, Respectfully request that the Court enter an award and judgement in its favor and against Denver Animal Protection, Denver Police Department, Denver Animal Shelter, Colorado Department of Public Health & Environment, City and County of Denver, Colorado, Jenna Humphreys #301, Jasmine Salter #308, Alyssa Bach #311 as follows:

(a) Awarding Charles Madril & Fully Bullyz LLC Compensatory Damages in the amount to be deemed at trial (B) Awarding Charles Madril & Fully Bullyz LLC Damages for (1) Lost Profit of not less than $10,000,000 (2) Lost enterprize value of not less than $10,000,000 (3) Security expenses of not less than $100,000 (4) Expensise incured combating legal campain of not less than $250,000 (5) Property Destroyed not less than $4,000,000    Total of $24,350,000

7. Signature

I declare under penalty of perjury that this information is true and correct.

Respectfully submitted on (dated) 2/21/25 _____, by

Print Name: Charles Edward Madril   Signature: _____

**You must properly serve this document on everyone you are making claims against. There are special rules you must follow to do this.**

(C) Awarding Charles Madril & Fully Bullyz LLC Pre & Post Judgment intrest;

(d) Awarding Charles Madril & Fully Bullyz LLC Punitive damages in an amount to be determined at trial

(e) Awarding Charles Madril & Fully Bullyz LLC all expenses and cost's including Attorney's fees and proceedural costs

(F) Such other & further relief as the court deem's approiate

Jury Demand

Plaintifs demand a trial by jury on all claims and issues so triable.

[Type here]

8) 5/11/24 Denver Animal Shelter Staff stated I was issued a trespass from entering 1241 W Bayaud Ave Denver, CO 80223

9) 5/11/24 Denver Animal Shelter Staff accused Charles Madril of Threats of violence against officers and called Denver Police Department

10) 5/11/24 Denver Animal Shelter Staff denied me ability to conduct business due to my sexual orientation and marital status

11) 5/11/24 Denver Animal Shelter Staff and Denver Police denied me the right to conduct business due to my sexual relationship and marital status with threat of arrest

12) 12/20/24 Order Granting Motion to Dismiss was filed by Tayler Brennan Leighton No. 50721 Assistant City Attorney

13) 12/20/24 City and County Court of Denver, CO Denied me the right to retrieve my property Pearl 3 yr old American Bully USBR Champion and subsequent medication

14) Video Documentation Is available for 4/18/24 incedint

15) Video Documentation Is available for 5/11/24 insedent

[Type here]